# Court of Appeals
# of the State of Georgia

ATLANTA, September 16, 2013

*The Court of Appeals hereby passes the following order:*

**A13A2352. BETEANA W. ROWLAND v. MICHAEL D. CRUNKLETON.**

Michael Crunkleton filed this application for contempt action against his ex-wife, Beteana Rowland, alleging that she had violated certain provisions of their divorce decree. The trial court granted Crunkleton's petition, and Rowland filed this notice of appeal.

Because Crunkleton's contempt action was based on alleged violations of the parties' divorce decree, appellate jurisdiction lies in the Supreme Court. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (6) (Supreme Court has jurisdiction over "[a]ll divorce and alimony cases"); see *Rogers v. McGahee*, 278 Ga. 287, 288 (1) (602 SE2d 582) (2004); see also *Morris v. Morris*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008). Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court of Georgia for disposition.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 09/16/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.